# EXHIBIT A

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,107,091**

**Registered Dec. 27, 2016**

**Int. Cl.: 25, 27, 28**

**Trademark**

**Principal Register**

Yoon Hye Ji (KOREA, REPUBLIC OF INDIVIDUAL)
43, Tongil-ro 34-gil
Seodaemun-gu Seoul
REPUBLIC OF KOREA

CLASS 25: Footwear; inner soles; women's shoes; training shoes; infants' shoes and boots; sports wear, namely, jogging suits, shorts, sweatshirts; training wear, namely, running pants, t-shirts; clothing of leather, namely, leather pants and jackets; men's suits; long jackets; long coats; short trousers; skirts; children's clothing, namely, t-shirts, tops, bottoms; two piece suits; trench coats; knitted caps; caps; baseball caps; clothing, namely, ties, swim suits, socks

CLASS 27: Straw mats; Japanese floor mats; matting; linoleum; floor coverings; paper bath mats; fur rugs; non-slip bath mats; carpet underlay; wallpaper; vinyl floor coverings; non-textile wall hangings; bath mats; carpets and rugs; automobile carpets; Goza rush mats; textile wallpaper; carpet tiles; door mats; reed mats

CLASS 28: Rubber character toys; mascot dolls; toy construction sets; musical toys; playing balls; toy building blocks; metallic toys, namely, toy cars; wooden toys, namely, cars and trucks; stuffed toys; stuffed dolls; plastic character toys

OWNER OF INTERNATIONAL REGISTRATION 1285576 DATED 11-05-2015, EXPIRES 11-05-2025

The English translation of "molang" in the mark is "soft".

SER. NO. 79-181,549, FILED 11-05-2015
ANDREA DAWN SAUNDERS, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office